UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>PAUL SCHNEIDER,<br><br>    Debtor(s). | MOTION TO DISMISS FOR FAILURE<br>TO MAKE PLAN PAYMENTS<br><br>Case No. 19-10724 B |

  Julie Philippi, Chapter 13 Trustee, respectfully moves the Court for the dismissal of the above captioned case pursuant to 11 U.S.C. § 1307(c)(1) for unreasonable delay that is prejudicial to creditors and 11 U.S.C. § 1307(c)(6) for material default by the Debtor with respect to a term of the confirmed plan.

  Debtor's Chapter 13 Plan was confirmed on or about June 04, 2019. Pursuant to that plan, Debtor was to make monthly payments of $600. Debtor has failed to make the regular monthly payments to the Trustee as required by the Order Confirming Plan. The Trustee has not received a payment since March 16, 2020. Debtor's plan is approximately $3,200 delinquent. Debtor's failure to make regular payments is a material default in a confirmed plan.

  The Trustee submits that cause exists to dismiss this case.

  Wherefore, the Trustee respectfully requests that the Court:

1.  Dismiss the above captioned case for the reasons set forth above; and

2.  Grant any other relief as the Court deems fair and just.


Dated: September 28, 2020        */s/Julie Philippi*
                  JULIE PHILIPPI
                  CHAPTER 13 TRUSTEE